Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
ryanballardlaw@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| HEATHER AND NATHAN GRACE, | ) | Case No.: 1:15-cv-465-MWB |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DOOLITTLE LAW, CHARTERED, | ) | |
| an Idaho corporation, | ) | |
| VELOCITY INVESTMENTS, LLC, | ) | |
| a New Jersey limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered Defendants' Offer of Judgment and Plaintiffs' acceptance and, good cause appearing; IT IS HEREBY ORDERED that judgment be entered against Defendants in the amount of Four Thousand Five Hundred Dollars ($4,500.00).

**DATED** this 12th day of February, 2016.

_Mark W. Bennett_
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE