Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
ryanballardlaw@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEATHER AND NATHAN GRACE, ) | Case No.: 1:15-cv-465-MWB |
| Plaintiffs, ) | |
| v. ) | **SATISFACTION OF JUDGMENT** |
| DOOLITTLE LAW, CHARTERED, ) an Idaho corporation, ) VELOCITY INVESTMENTS, LLC, ) a New Jersey limited liability company, ) | |
| Defendants. ) | |

The undersigned, for and on behalf of the above named Plaintiffs, hereby certifies that the Judgment against Defendants has been fully satisfied and hereby authorizes entry of this satisfaction of record and release of its judgment lien.

DATED: May 9, 2016

/s/ Ryan A. Ballard
Ryan A. Ballard
Ballard Law, PLLC

**Satisfaction of Judgment - Page 1 of 2**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 9th of May, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

Michael J. Doolittle: mjd@doolittlelaw.biz

                                                  /s/ Ryan A. Ballard
                                                  Ryan A. Ballard